# EXHIBIT A



US00D948061S

(12) **United States Design Patent**   (10) Patent No.:          **US D948,061 S**
Sun                                      (45) Date of Patent:     ** **Apr. 5, 2022**

(54) **POSTURE SUPPORT DEVICE**

(71) Applicant: **Pranash (Tianjin) Technology Development Co., Ltd.**, Tianjin (CN)

(72) Inventor: **Deyi Sun**, Tianjin (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/757,812**

(22) Filed: **Nov. 10, 2020**

(51) LOC (13) Cl. ................................................. **24-01**

(52) **U.S. Cl.**
USPC ............................................................ **D24/190**

(58) **Field of Classification Search**
USPC ....... D24/188, 190–192, 200, 206, 214, 215, D24/171, 199, 212, 213, 184, 189; D2/970, 980, 984–986, 989, 701–702, D2/627, 706, 707, 708, 731, 635, 709, D2/703, 723; D29/120.1, 121.2, 121.1, D29/122, 113, 114, 100–101.3; D21/662
CPC .......... A61F 5/028; A61F 5/026; A61F 5/024; A61F 5/022; A61F 5/055; A61F 2250/001; A41D 13/0531; A41D 13/0153; A41D 13/0525; A41D 2600/102; A41C 3/00; A41C 3/02; A41C 1/06
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D334,063 | S | * | 3/1993 | DeWall | D24/190 |
| D351,051 | S | * | 10/1994 | Pearson | D29/101.1 |
| 5,362,304 | A | * | 11/1994 | Varn | A61F 5/028 |
| | | | | | 2/44 |
| D367,711 | S | * | 3/1996 | Simmons | D24/206 |
| D412,765 | S | * | 8/1999 | Eckstrand | D29/101.1 |
| D443,115 | S | * | 5/2001 | Brite | D24/190 |
| D457,215 | S | * | 5/2002 | Khanamirian | D21/662 |
| D499,806 | S | * | 12/2004 | Machin | D24/190 |
| D501,078 | S | * | 1/2005 | Cabana | D29/101.3 |
| D501,582 | S | * | 2/2005 | Yang | D29/101.3 |

| | | | | | |
|---|---|---|---|---|---|
| D555,289 | S | * | 11/2007 | Escarcega | D29/101.3 |
| D635,329 | S | * | 4/2011 | Wahl | D2/706 |
| D636,964 | S | * | 4/2011 | Thomas | D34/35 |
| D640,009 | S | * | 6/2011 | Richardson | D29/101.4 |
| D640,417 | S | * | 6/2011 | Haynes | D29/101.4 |
| D645,209 | S | * | 9/2011 | Lin | D29/101.4 |
| D647,283 | S | * | 10/2011 | Sagnip | D2/829 |
| D699,364 | S | * | 2/2014 | Chiang | D24/190 |

(Continued)

OTHER PUBLICATIONS

Large Posture Corrector, [site visited Nov. 18, 2021]. Available from Internet. URL: https://www.amazon.com/DMI-632-6224-1923-Posture-Corrector-Large/dp/B00PWUCIUI#descriptionAndDetails (Year: 2021).*

(Continued)

*Primary Examiner* — T Chase Nelson
*Assistant Examiner* — Kelly L Gross
(74) *Attorney, Agent, or Firm* — Rumit Ranjit Kanakia

(57)          **CLAIM**

I claim the ornamental design for a posture support device, as shown and described.

**DESCRIPTION**

FIG. **1** is a Perspective view of a posture support device being worn, showing my new design;
FIG. **2** is a Front view thereof;
FIG. **3** is a Back view thereof;
FIG. **4** is a Right-side view thereof;
FIG. **5** is a Left-side view thereof;
FIG. **6** is a Top view thereof;
FIG. **7** is a Bottom view thereof; and,
FIG. **8** is a Top view of a posture support device shown in a flat position.
The broken lines in the drawings depict portions of the posture support device that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**US D948,061 S**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D699,365 S | * | 2/2014 | Pollack .................... D24/190 |
| D709,668 S | * | 7/2014 | Martz ..................... D2/708 |
| D713,996 S | * | 9/2014 | Collett ................... D29/101.1 |
| D717,205 S | * | 11/2014 | Kosh ..................... D11/201 |
| D729,499 S | * | 5/2015 | Christenson ............. D2/829 |
| D732,241 S | * | 6/2015 | Couzyn ................... D29/101.1 |
| D739,086 S | * | 9/2015 | Grove .................... D29/101.4 |
| D757,365 S | * | 5/2016 | Allan .................... D29/101.1 |
| D759,942 S | * | 6/2016 | Martz .................... D2/708 |
| 9,370,440 B2 | * | 6/2016 | Ingimundarson ....... A61F 5/026 |
| D765,916 S | * | 9/2016 | Allan .................... D29/101.1 |
| D765,917 S | * | 9/2016 | Allan .................... D29/101.1 |
| D767,824 S | * | 9/2016 | Hilliard ................. D29/100 |
| D769,392 S | * | 10/2016 | Guo ...................... D21/805 |
| D776,287 S | * | 1/2017 | Leonard .................. D24/190 |
| D778,455 S | * | 2/2017 | Liang .................... D24/208 |
| 9,572,705 B2 | * | 2/2017 | Ingimundarson ....... A61F 5/028 |
| D791,438 S | * | 7/2017 | Holmes ................... D2/735 |
| D809,746 S | * | 2/2018 | Ye ........................ D2/829 |
| D810,951 S | * | 2/2018 | Tooke .................... D24/190 |
| D816,236 S | * | 4/2018 | Diaz ..................... D24/206 |
| D818,132 S | * | 5/2018 | Hille .................... D24/190 |
| D829,998 S | * | 10/2018 | Groat .................... D29/101.4 |
| D831,276 S | * | 10/2018 | Pennington, Jr. ........ D29/101.1 |
| D833,737 S | * | 11/2018 | Ooi ...................... D3/218 |
| D844,288 S | * | 4/2019 | Cluett ................... D2/728 |
| D844,931 S | * | 4/2019 | LaGory ................... D2/706 |
| D847,356 S | * | 4/2019 | Chen ..................... D24/190 |
| D847,461 S | * | 5/2019 | Waldman .................. D2/731 |
| D855,283 S | * | 8/2019 | McManus .................. D2/706 |
| D857,335 S | * | 8/2019 | Holmes ................... D2/708 |
| 10,383,373 B2 | * | 8/2019 | Muhlenfeld ............ A41B 1/08 |

| | | | |
|---|---|---|---|
| D858,780 S | * | 9/2019 | Sikandar ................. D24/190 |
| D862,040 S | * | 10/2019 | Waldman .................. D2/731 |
| D866,866 S | * | 11/2019 | Dickens .................. D29/101.4 |
| D867,721 S | * | 11/2019 | Xu ....................... D2/702 |
| D878,610 S | * | 3/2020 | Boston ................... D24/190 |
| D882,804 S | * | 4/2020 | Matsuura .............. A41B 1/08 |
| | | | D24/190 |
| D885,710 S | * | 6/2020 | Yaremenko ................ D2/706 |
| D888,260 S | * | 6/2020 | Park ..................... D24/190 |
| D888,977 S | * | 6/2020 | Pankaj ................... D24/206 |
| D889,072 S | * | 7/2020 | Biscuiti ................. D2/706 |
| 10,716,696 B2 | * | 7/2020 | Modglin ............... A61F 5/028 |
| D895,128 S | * | 9/2020 | Khubani .................. D24/190 |
| D901,021 S | * | 11/2020 | Szollar .................. D24/190 |
| D905,929 S | * | 12/2020 | Liang .................... D2/702 |
| D905,931 S | * | 12/2020 | Picco .................... D2/706 |
| D906,630 S | * | 1/2021 | Lin ...................... D2/701 |
| D917,709 S | * | 4/2021 | Perraudeau ............... D24/190 |
| D925,167 S | * | 7/2021 | Picco .................... D2/706 |
| D926,428 S | * | 8/2021 | Yaremenko ................ D2/706 |
| D928,453 S | * | 8/2021 | Lin ...................... D2/702 |
| D930,327 S | * | 9/2021 | Waldman .................. D2/731 |
| D930,909 S | * | 9/2021 | Gough .................... D29/101.4 |
| D933,302 S | * | 10/2021 | Wilson ................... D29/101.1 |
| 2020/0399822 A1 | * | 12/2020 | Khubani ............... A41D 31/12 |

OTHER PUBLICATIONS

Women's Sport Bra, [site visited Nov. 18, 2021]. Available from Internet. URL: https://www.ubuy.com.tr/en/product/1C3UQURGQ-gleeter-3-pack-women-s-sport-bra-medium-support-cross-back-wirefree-removable-cups-yoga-top (Year: 2021).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case: 1:25-cv-13023 Document #: 1-2 Filed: 10/24/25 Page 8 of 11 PageID #:21



FIG. 5

Case: 1:25-cv-13023 Document #: 1-2 Filed: 10/24/25 Page 9 of 11 PageID #:22



FIG. 6



FIG. 7



FIG. 8