UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRANASH (TIANJIN) TECHNOLOGY DEVELOPMENT CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,", <br><br> Defendants. | Case No.: 25-cv-13023 <br><br> Judge April M. Perry |

### ORDER FOR LEAVE FOR SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION

Plaintiff, PRANASH (TIANJIN) TECHNOLOGY DEVELOPMENT CO., LTD. ("Plaintiff"), filed a Motion for Alternative Service (the "Motion") against the defendants identified on the Amended Schedule A (collectively, the "Defendants"), and using at least the online marketplace accounts identified therein (the "Defendant Internet Stores" or "Seller Aliases"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows:

Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of this order and any hearings, and service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail address provided for Defendants by third parties. The Clerk of the Court is directed to issue

1

a single original summons in the name of "Enthra and all other Defendants identified on Amended Schedule A" that shall apply to all remaining Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford Defendants the opportunity to present their objections.

Date: November 12, 2025

_____

April M. Perry
United States District Judge

**Amended Schedule A**

| No. | Defendant |
|---|---|
| 1 | Enthra |
| 2 | Zeshang Home Deco |
| 3 | SJZMN-US |
| 4 | TPMY-US |
| 5 | QFE |