**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PRANASH (TIANJIN) TECHNOLOGY DEVELOPMENT CO., LTD.<br><br>            Plaintiff,<br><br>      v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>            Defendants. | **Case No.: 1:25-cv-13023**<br><br><br>Judge April M. Perry<br><br> Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET RESTRAINT, <u>AND EXPEDITED DISCOVERY</u>**

Plaintiff Pranash (Tianjin) Technology Development Co., Ltd. respectfully moves the Court under Federal Rule of Civil Procedure 65 for entry of a temporary restraining order, an order restraining assets, and an order authorizing limited expedited discovery against the defendants identified on Revised Schedule A. As set forth in the Complaint, Plaintiff's Memorandum of Law, the Declaration of Alexander Warden, and the accompanying exhibits, the Schedule A Defendants are offering for sale and selling products that infringe U.S. Design Patent No. D948,061 S through fully interactive online storefronts that target consumers in the United States, including Illinois, and ship accused products into this District. Plaintiff respectfully requests that the Court grant this Motion, enter the Proposed Temporary Restraining Order submitted herewith, and award such other and further relief as the Court deems just and proper.

Dated: November 13, 2025                    Respectfully submitted

/s/ Alexander Warden
Alexander.warden@walflaw.com
West Atlantic Law Firm, PLLC
104 West 40th Street, 4th and 5th Floor
New York, NY 10018
*Attorney for Plaintiff,*
*Pranash (Tianjin) Technology*
*Development Co., Ltd.*